UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

In the Matter of

BRANDON LANKING,

                     Plaintiff,

  v.

CITY OF CHICAGO, et al.

                     Defendants.

No. 17 CV 210

Judge Jorge L. Alonso

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**Defendant, DETECTIVE G. LORENTY, Star No. 20214**

| **SIGNATURE** |  |
|---|---|
| /s/Larry S. Kowalczyk |  |
| **FIRM** |  |
| Querrey & Harrow, Ltd. |  |
| **STREET ADDRESS** |  |
| 175 West Jackson Boulevard, Suite 1600 |  |
| **CITY/STATE/ZIP** |  |
| Chicago, IL 60604 |  |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6225367 | **TELEPHONE NUMBER** <br> 312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES   X          NO** ||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES              NO  X** ||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES   X        NO** ||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?** <br> **YES   X   NO** ||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** <br><br> **RETAINED COUNSEL                              APPOINTED COUNSEL** ||