IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON LANKING, ) | |
| ) | No. 17 CV 210 |
| Plaintiff, ) | |
| ) | Judge Joan B. Gottschall |
| v. ) | |
| ) | |
| CITY OF CHICAGO and CHICAGO POLICE ) | |
| OFFICERS E. AMPARAN, Star #4614, ) | |
| OFFICER M. JASINSKI, Star #5007, ) | |
| OFFICER DOUGLAS JOHNSON, ) | |
| OFFICER JOHN SCHOESSLING, Star #5294, ) | |
| OFFICER KYLE WALKER, Star #15884, ) | |
| DETECTIVE G. LOVENTY, Star #20214 ) | |
| DETECTIVE B. KISCHNER #20282 AND ) | |
| UNKNOWN CHICAGO POLICE OFFICERS, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

*[signature]*

Christopher Smith
Attorney for Plaintiff, Brandon Lanking
Christopher Smith Trial Group, LLC
One North LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 432-0400
Attorney No. 6201953
FEIN: ███████
DATE: 6-(-2017

*[signature]*

Pablo deCastro
Attorney for Plaintiff, Brandon Lanking
Law Offices of Pablo deCastro
111 West Washington, Suite 1500
Chicago, Illinois 60602
(312) 690-2626
Attorney No. 6224763
FEIN:
DATE: 6-5-17

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago
BY: *[signature]*
Thomas Platt
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4833
Attorney No. 6181260
DATE: 6/15/2017

*[signature]*

Larry S. Kowalczyk
Special Assistant Corporation Counsel
Attorney for Defendants,
E. Amparan, M. Jasinski, Douglas Johnson, John
Schoessling, Kyle Walker, G. Lorenty, and B.
Kischner
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, Illinois 60604
(312) 540-7616
Attorney No. 90663
DATE: 6/14/17

2